**Gary S. GUTMAN, Plaintiff–Appellant,**

v.

**Deborah CRAWFORD; John Kay Bancroft, Esquire, in his individual capacity, Defendants–Appellees.**

**No. 02–7122.**

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 19, 2002.

Decided Dec. 11, 2002.

Gary S. Gutman, Appellant Pro Se.

Before WILLIAMS, MICHAEL, and MOTZ, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Gary S. Gutman appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000) and declining to exercise supplemental jurisdiction over his

state law claims. We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. *See Gutman v. Crawford,* No. CA–02–388–2 (E.D.Va. July 1, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*